USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/3/2026

# ROME LLP

2029 Century Park East, Suite 450, Los Angeles, CA 90067 • Phone: 310.28...

June 2, 2026

**VIA EMAIL**

Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  *Safelement Limited d/b/a AMLBot v. Robert Thompson*, Case No. 1:25-cv-05130 – Request to Replace Inadvertently Filed Document Containing Confidential Information and to Maintain Unredacted Version Under Seal

Dear Judge Torres:

We write on behalf of Plaintiff Safelement Limited d/b/a AMLBot in the above-captioned action. On June 18, 2025, Plaintiff inadvertently filed Docket No. 1-1 in the above-captioned matter without redacting certain confidential personal information belonging to an individual. Specifically, the document as filed contains unredacted birthdate, home address(es), passport number, and nationality, which should have been redacted prior to filing pursuant to Federal Rule of Civil Procedure 5.2 and the privacy protection policies of this Court.

Plaintiff respectfully requests that the Court: (1) permit Plaintiff to file a redacted version of Docket No. 1-1, attached hereto as Exhibit A, to replace the version currently on the public docket; and (2) maintain the original, unredacted version of the document under seal, accessible only to the parties and the Court.

The inadvertent disclosure was the result of an oversight and was not intentional. Plaintiff will promptly file a proposed redacted version of the document upon receipt of the Court's guidance or approval. We apologize for any inconvenience this may cause and appreciate the Court's attention to this matter.

Please do not hesitate to contact us if you require any additional information.

GRANTED.  The Court finds that the proposed redactions are narrowly tailored to protect the confidential and personal information contained in Exhibit A.

SO ORDERED.

Dated: June 3, 2026
    New York, New York

_____
ANALISA TORRES
United States District Judge