USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFELEMENT LIMITED dba AMLBOT,

Plaintiff,

- against -

ROBERT THOMPSON,

Defendant,

~ $697,360 U.S. DOLLAR COIN,

Defendant *in rem*,

- and -

CIRCLE INTERNET FINANCIAL, LLC, and CENTRE CONSORTIUM, LLC,

Garnishees and Relief Parties.

25 Civ. 5130 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant Robert Thompson's *pro se* letter motion to seal in the above-referenced matter. *See* ECF No. 11. Because the Court finds that the proposed redactions are narrowly tailored to protect personal identifying and other sensitive information, the motion is GRANTED. *See, e.g.*, *In re Tecnologias Relacionadas Con Energia Y Servicios Especializados, S.A. De C.V.,* No. 25 Misc. 0435, 2026 WL 1506335, at *1 (S.D.N.Y. May 29, 2026).

The Clerk of Court is directed to place under seal ECF No. 11 and ECF Nos. 1, 1-2, 6-1, 6-2, 6-3, 6-4, 6-6, and 6-9. By **July 30, 2026**, the parties shall file redacted copies of these documents on the public docket.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11.

SO ORDERED.

Dated: July 23, 2026

ANALISA TORRES
United States District Judge